# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| Erin Shaw, | Case No. 1:23-cv-00699-DRC |
| Plaintiff, | Honorable Douglas R. Cole |
| v. | |
| Doctors Credit Service, Inc., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

**NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: December 6, 2023

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq. (0079315)
Hyslip Legal, LLC
207 S. Harrison Street, Suite A
Algonquin, IL 60102
Phone: 614-362-3322
Email: jeffrey@hysliplegal.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2023, I electronically filed the foregoing Notice through the court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Jeffrey S. Hyslip